IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LOURDES SANCHEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CRUZ & SONS TRANSPORTATION, LLC, ) | |
| ORLINTE CRUZ and ANA CRUZ, ) | |
| ) | |
| Defendants. ) | Civil Action No. 3:18-CV-0284-C |

## ORDER

On this day, the Court considered the Parties' Amended Joint Stipulation of Dismissal with Prejudice, filed December 3, 2018, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS THEREFORE ORDERED that all claims asserted against Cruz & Sons Transportation, LLC, Orlinte Cruz and Ana Cruz are hereby **DISMISSED WITH PREJUDICE** with costs taxed against the party incurring the same. This is a **partial dismissal** and does not affect Plaintiff's claims against the remaining Defendant.[1]

SO ORDERED this 4th day of December, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The ECF entry for Document 17 appears to reflect the Parties' Joint Stipulation of Dismissal also includes Defendant UMGA Logistics, Inc. However, said Defendant is not a listed party within the Parties' Joint Stipulation of Dismissal. [Doc. 17].