FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LOURDES SANCHEZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| CRUZ & SONS TRANSPORTATION, LLC, ORLINTE CRUZ and ANA CRUZ, | ) ) ) ) |
| Defendants. | ) Civil Action No. 3:18-CV-0284-C |

## ORDER

On this day, the Court considered the Parties' Third Joint Stipulation of Dismissal with Prejudice, filed December 5, 2018, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS THEREFORE ORDERED that all claims asserted and all claims that could have been asserted, by either party, are hereby **DISMISSED WITH PREJUDICE** with costs taxed against the party incurring the same. The Clerk of the Court is directed to close the above-styled and -numbered civil action.

SO ORDERED this 7th day of December, 2018.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE